UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JASON R. MARIN,<br><br>         Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>         Defendant. | No. CV-07-136-CI<br><br>ORDER GRANTING STIPULATED<br>MOTION FOR REMAND PURSUANT<br>TO SENTENCE FOUR OF 42<br>U.S.C. 405(g) |

BEFORE THE COURT is the parties' stipulated Motion for remand of the above-captioned matter to the Commissioner for additional administrative proceedings. (Ct. Rec. 15). The parties have consented to proceed before a magistrate judge. (Ct. Rec. 4.) After considering the stipulation of the parties,

**IT IS ORDERED** that the above-captioned case be **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the administrative law judge (ALJ) will (1) fully evaluate the opinions of Maja Zugec, M.D., and J. Robert Clark, M.D.; (2) reassess the claimant's severe impairments at step two; (3) evaluate all impairments, whether severe or non-severe; (4)

ORDER GRANTING STIPULATED
MOTION FOR REMAND - 1

evaluate the statement of all lay witnesses, in particular that of claimant's mother; (5) reassess the claimant's RFC; and (6) continue with the sequential evaluation process. Plaintiff may present new arguments and further medical evidence, if such evidence becomes available.

**IT IS FURTHER ORDERED:**

1. The parties' stipulated Motion for Remand **(Ct. Rec. 15)** is **GRANTED**.

2. Judgment shall be entered for the **PLAINTIFF**.

3. An application for attorney fees may be filed by separate motion.

The District Court Executive is directed to enter this Order, forward copies to counsel, and thereafter shall close this file.

DATED December 28, 2007.

                S/ CYNTHIA IMBROGNO
        UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED
MOTION FOR REMAND - 2