# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WASHINGTON

JASON R. MARIN,                     )
                                    )
            Plaintiff,              )
                                    )        NO.  CV-07-136-CI
        vs.                         )
                                    )    **JUDGMENT IN A**
MICHAEL J. ASTRUE,                  )      **CIVIL CASE**
Commissioner of Social Security,    )
                                    )
            Defendant.              )
                                    )
_____ )

**STIPULATION BY THE PARTIES:**

        The parties have stipulated to the remand of the captioned matter pursuant to sentence four of 42 U.S.C. § 405(g).

        **IT IS ORDERED AND ADJUDGED** that:

        The matter is **REMANDED** for additional proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Parties' stipulated Motion for Remand [15] is GRANTED.  Judgment is entered for Plaintiff and the file shall be **CLOSED.**

        DATED this 28th day of December, 2007.

                            JAMES R. LARSEN
                            District Court Executive/Clerk


                            By:   s/Renea Ferrante
                                  Deputy Clerk

cc: all counsel